UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
_____ DIVISION

__DANIEL F. FITZMAURICE__ )
(Name of the plaintiff or plaintiffs) )
V. )
)
__Midwest Generation LLC__ )
_____ )
(Name of the defendant or defendants) )

**08CV4024**
**JUDGE DARRAH**
**MAG. JUDGE MASON**

No._____
(Case number will be supplied by the assignment clerk)

FILED
JUL 1 6 2008
JUL 16, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.
2. The plaintiff is __DANIEL F. FITZMAURICE__ of the county of __Cook__ in the state of __Illinois__.
3. The defendant is __Midwest Generation EME LLC__, who resides at (street address) __440 S. LaSalle St. - Suite 3500__
(city) __Chicago__ (county) __Cook__ (state) __Illinois__ (ZIP) __60605-1028__
(Defendant's telephone number) (312) - __583-6000__

(Guide to Civil Cases for Litigants Without Lawyers: Page 43)

4) The plaintiff sought employment or was employed by the defendant at
   (street address) __FISK GENERATING STATION - POWER PLANT__
   (city) __CHICAGO__ (county) __COOK__ (state) __IL__ (ZIP code) __60608__

5. The plaintiff [check one box]
   (a) ☐ was denied employment by the defendant.
   (b) ☐ was hired and is still employed by the defendant.
   (c) ☑ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about,
   (month) __MAY__, (day) __3__, (year) __2006__.

7. (a) The plaintiff [check one box] ☐ has not filed a charge or charges against the defendant
   ☑ has
   asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

   (i) ☑ the United States Equal Employment Opportunity Commission on or about
   (month) __MAY__ (day) __9TH__ (year) __2006__.

   (ii) ☑ the Illinois Department of Human Rights on or about
   (month) __MAY__ (day) __9TH__ (year) __2006__.

   (b) If charges were filed with an agency indicated above, a copy of the charge is attached. ☑ YES ☐ NO

   It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

8. (a) ☐ the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue*.

   (b) ☑ the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month) __APRIL__ (day) __19TH__ (year) __2008__ a copy of which *Notice* is attached to this complaint.

(Guide to Civil Cases for Litigants Without Lawyers: Page 44)

9. The defendant discriminated against the plaintiff because of the plaintiff's [check all that apply]

   (a) [X] Age (Age Discrimination Employment Act).
   (b) [ ] Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
   (c) [X] Disability (Americans with Disabilities Act)
   (d) [ ] National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
   (e) [ ] Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
   (f) [ ] Religion (Title VII of the Civil Rights Act of 1964)
   (g) [ ] Sex (Title VII of the Civil Rights Act of 1964)

10. The plaintiff is suing the defendant, a state or local government agency, for discrimination on the basis of race, color, or national origin (42 U.S.C. §1983).

    [ ] YES    [X] NO

11. Jurisdiction over the statutory violation alleged is conferred as follows: over Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); over 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; over the A.D.E.A. by 42 U.S.C.§12117.

12. The defendant [check all that apply]

    (a) [ ] failed to hire the plaintiff.
    (b) [X] terminated the plaintiff's employment.
    (c) [ ] failed to promote the plaintiff.
    (d) [ ] failed to reasonably accommodate the plaintiff's religion.
    (e) [X] failed to reasonably accommodate the plaintiff's disabilities.
    (f) [X] other (specify): AGE DISCRIMMINATION

_____
_____
_____
_____
_____
_____

(Guide to Civil Cases for Litigants Without Lawyers: Page 45)

13. The facts supporting the plaintiff's claim of discrimination are as follows:

    EEOC FINDINGS + INVESTIGATIONS + RIGHT TO SUE

14. [AGE DISCRIMINATION ONLY] Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury.   ☑ YES   ☐ NO

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [check all that apply]

    (a) ☐   Direct the defendant to hire the plaintiff.
    (b) ☐   Direct the defendant to re-employ the plaintiff.
    (c) ☐   Direct the defendant to promote the plaintiff.
    (d) ☐   Find that the defendant failed to reasonably accommodate the plaintiff's religion.
    (e) ☑   Find that the defendant failed to reasonably accommodate the plaintiff's disabilities.
    (f) ☑   Direct the defendant to (specify): CEASE ENGAGING IN UNLAWFUL EMPLOYMENT PRACTICES CONCERNING ADA + ADEA LAWS, CORRECTED MIDWEST GENERATION PENSION I RECEIVE + BACK PAY OF SAME PENSION NOT RECEIVED SINCE DATE OF DISCHARGE TO PRESENT ANY + ALL DAMAGES UNDER THE LAW ATTORNEY FEES + COURT FEES

    (g) ☑   If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(Guide to Civil Cases for Litigants Without Lawyers: Page 46)

(h) ☑ Grant such other relief as the Court may find appropriate.

(Plaintiff's signature) _____

(Plaintiff's name) _DANIEL F. FITZMAURICE_

(Plaintiff's street address) _5904 N. MANTON_

(City) _CHICAGO_ (State) _IL_ (ZIP) _60646_

(Plaintiff's telephone number) (_773_) - _594-7291_

| | |
|---|---|
| Daniel F. Fitzmaurice ) | United States District Court |
| Plaintiff ) | Northern District of Illinois |
| v. ) | |
| Midwest Generation EME, LLC ) | |
| Defendant | |

### Attachment to the complaint

I am bringing this to court because of several reasons.

1) I was employed 32 years at Fisk Generating Station. On or about April 2005, I was on Workers Compensation leave of absence due to me medical disability when I was fired. On April 2006, I attempted to return to work with restrictions, but Defendant refused to accommodate me and refused to allow me to return to work. They told me no work was available for me or even light duty to come back on.
2) It was well known that they accommodated other people and was violating my rights.
3) Once they fired me, I made several requests but they not give any of my personal items that was in my locker, specifically tool, radio and clothes.
4) I had to apply then for disability pension and they left me hanging with that for over a year. They fired me May 3, 2006, and they didn't give me my disability pension till June of 2007. I lost 1 year of Disability pension causing severe financial trouble.
5) The disability pension I receive is far less than what I am suppose to be getting, and they refused to talk to me about it. When they did talk to me, they couldn't explain themselves and their calculations. Other people who had worked far less years than me was getting more pension. They refused my request for backpay of 1 year.

6) I believe that they have infact discriminated against me, because of my disability and my age, causing great financial burden.
7) EEOC offered them mediation to come to an agreement and Midwest refused, they didn't even answer EEOC's request.
8) Midwest Generation is in the Cook County Jurisdiction and the Jurisdiction of the District Court for the Northern District of Illinois


Daniel F. Fitzmaurice

*Daniel F. Fitzmaurice* (signature)



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## Chicago District Office

500 West Madison Street, Suite 2800
Chicago, IL 60661
(312) 353-2713
TTY (312) 353-2421
FAX (312) 353-4041

Mr. Daniel Fitzmaurice
5904 N. Manton
Chicago, IL 60646

    Re:    Respondent:    Midwest Generation EME, LLC
           EEOC Charge No.:    440-2006-03900

Dear Mr. Fitzmaurice:

Attached please find a Notice of Right to Sue issued on your behalf in the above referenced matter. The Commission's efforts to conciliate this matter with Respondent have been unsuccessful. The Commission has determined that it will not bring a lawsuit against the Respondent. By issuing the attached Notice of Right to Sue, the Commission is terminating its processing of your charge.

The attached Notice of Right to Sue entitles you to pursue private litigation concerning your allegations against Respondent(s) within 90 days of your receipt of this letter. You may wish to retain a private attorney at this time. The Commission maintains a list of attorneys who have indicated an interest in pursuing cases involving employment discrimination. This list is attached for your convenience.

If you do file suit based on this Notice of Right to Sue, it is requested that you provide us with a copy of the complaints you file in court.

                                                        On Behalf of the Commission:

4/15/08
Date

                                                      John P. Rowe
                                                      District Director

Enclosures

EEOC Form 161-A (3/98)                    U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

# NOTICE OF RIGHT TO SUE
## (CONCILIATION FAILURE)

To: Daniel F. Fitzmaurice  
5804 N. Manton  
Chicago, IL 60646

From: Chicago District Office  
500 West Madison St  
Suite 2800  
Chicago, IL 60661

CERTIFIED MAIL 7099 3400 0018 8614 9140

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2008-03900 | Gregory T. Mucha, Investigator | (312) 353-7319 |

## TO THE PERSON AGGRIEVED:

This notice concludes the EEOC's processing of the above-numbered charge. The EEOC found reasonable cause to believe that violations of the statute(s) occurred with respect to some or all of the matters alleged in the charge but could not obtain a settlement with the Respondent that would provide relief for you. In addition, the EEOC has decided that it will not bring suit against the Respondent at this time based on this charge and will close its file in this case. This does not mean that the EEOC is certifying that the Respondent is in compliance with the law, or that the EEOC will not sue the Respondent later or intervene later in your lawsuit if you decide to sue on your own behalf.

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed **WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

John P. Rowe,  
District Director

4/15/08 (Date Mailed)

Enclosures(s)

cc: MIDWEST GENERATION EME, LLC.

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Chicago District Office

500 West Madison Street, Suite 2800
Chicago, IL 60661
PH: (312) 353-2713
TTY: (312) 353-2421
ENFORCEMENT FAX: (312) 886-1168
STATE & LOCAL FAX: (312) 353-4041
LEGAL FAX: (312) 353-8555

FILE REVIEWS FAX: (312) 353-4041
MEDIATION: (312) 353-6676
HEARINGS FAX: (312) 886-5391

EEOC Charge No. 440-2006-03900

Daniel P. Fitzmaurice                                    Charging Party
5904 N. Manton
Chicago, IL 60646


Fisk Station                                             Respondent
1 unit 326 MW
1111 W. Cermak Rd
Chicago, IL 60608


Midwest Generation EME, LLC                              Respondent
440 S. LaSalle St
Suite 3500
Chicago, IL 60605

## DETERMINATION

Under the authority vested in me by the Commission's Procedural Regulations, I issue the following determination on the merits of the subject charge filed under the Americans with Disabilities Act of 1990 ("ADA"), and the Age Discrimination in Employment Act of 1967, as amended (ADEA).

The Respondents (herein collectively refer to as "Respondent") are employers within the meaning of the ADA and the ADEA all requirements for coverage have been met.

Charging Party alleged he was discriminated against based on his disability and his age 50 (dob: July 8, 1955), in that he was refused to return to work from medical leave, denied a reasonable accommodation, and discharged, in violation of the ADA and the ADEA.

I have determined that the evidence obtained in the investigation establishes reasonable cause to believe that Respondent maintains a policy which tends to discriminate against employees with disabilities by terminating their employment after fifty two weeks of leave, in violation of the ADA.

EEOC Charge No. 440-2006-03900
Page 2 of 2

This determination is final. When the Commission finds that violations have occurred, it attempts to eliminate unlawful practices by informal methods of conciliation. Therefore, I invite the parties to join with the Commission in reaching a just resolution of this matter. Disclosure of information obtained by the Commission during the conciliation process will be made only in accordance with the Commission's Procedural Regulations (29 CFR Part 601.26).

If the Respondent wishes to accept this invitation to participate in conciliation efforts, it may do so at this time by proposing terms for a conciliation agreement; that proposal should be provided to the Commission representative within 14 days of the date of this determination. The remedies provide corrective and preventive relief. These remedies may include an agreement by the Respondent to cease engaging in unlawful employment practices, placement of identified victims in the positions they would have held but for the discriminatory actions, back pay, restoration of lost benefits, injunctive relief, compensatory and/or punitive damages, and notice to employees of the violation and the resolution of the claim.

Should the Respondent have further questions regarding the conciliation process or the conciliation terms they would like to propose, we encourage them to contact the assigned Commission representative. Should there be no response from the Respondents in 14 days, we may conclude that further conciliation efforts would be futile or nonproductive.

On behalf of the Commission.

7/3/08
Date

John P. Rowe
John P. Rowe
District Director

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Chicago District Office

500 West Madison St., Suite 2800
Chicago, IL 60661-2511
PH: (312) 353-2713
TTY: (312) 353-2421
FAX: (312) 353-4041

## PLEASE READ FIRST

Your interview is scheduled for:

Monday   (Tuesday)   Wednesday   Thursday   Friday

Date __5-9-06__   Time __9:30__   (AM)  PM

Please complete the attached questionnaire prior to your arrival at our office. Also bring, if you have any, documents you believe would support your allegations.

Proceed to the 3rd floor and check in at the Visitor's Center, where you will be required to show some form of photo identification, for example a driver's license, to gain access to our office. If you intend to bring someone with you, please tell us more than 24 hours in advance of your appointment. Your companion will be required to show photo identification.

**If you are 30 minutes late or more for your appointment, you will be treated as a walk-in. All walk-ins will be seen after all scheduled appointments, time permitting.**

If you wish to cancel or reschedule your interview, please call 312-353-2713 or 800-669-4000. 72 hours advance notice of cancellation is requested.

---

Please be prepared to provide the following:

1. Policies related to action(s) taken against you.

2. Specific facts and details about what occurred (Who, What, Where, When, Why, How)

3. Witness information to include name, address, phone number of each witness, if known.

4. Medical documentation (if alleging disability discrimination)

**NOTE: A formal Charge of Discrimination must be filed in our office within 300 days of the alleged discriminatory act.**

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

Charge Presented To:  ☐ FEPA  ☒ EEOC

Agency(ies) Charge No(s): 440-2006-03000

Illinois Department Of Human Rights and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Daniel F. Fitzmaurice | (773) 594-7291 | 07-08-1955 |

Street Address: 5904 N. Manton, Chicago, IL 60646

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| MIDWEST GENERATION | 101 - 200 | (312) 736-4122 |

Street Address: 440 S. Lasalle St., Suite 3500, Chicago, IL 60605

DISCRIMINATION BASED ON: ☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN ☐ RETALIATION ☒ AGE ☒ DISABILITY ☐ OTHER

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 04-01-2006  Latest: 05-02-2006
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was employed by the Respondent since May 13, 1974, most recently as a Laborer. In or around April 2006, I went on a worker's compensation leave of absence due to my medical disability. On or about April 2006, I attempted to return to work with restrictions but Respondent failed to reasonably accommodate me and refused to allow me to return to work. On May 2, 2006, I was discharged.

I believe that I have been discriminated against on the basis of my disability in violation of the Americans with Disabilities Act of 1990. I also believe that I have been discriminated against on the basis of my age, 50 (d.o.b. 07/08/1955), in violation of the Age Discrimination in Employment Act of 1967, as amended.

RECEIVED EEOC  MAY — 2006  CHICAGO DISTRICT OFFICE

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: May 09, 2006
Charging Party Signature: /s/ Daniel F. Fitzmaurice

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)