

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Daniel F. Fitzmaurice
(Please print)

STREET ADDRESS: 5904 N. Manton

CITY/STATE/ZIP: Chgo IL 60646

PHONE NUMBER: 773-594-7291

CASE NUMBER: 08CV4024
JUDGE DARRAH
MAG. JUDGE MASON

_____  7-16-08
Signature                   Date

FILED
JUL 16 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT