## United States District Court for the Northern District of Illinois

Case Number: 08CV4024      Assigned/Issued By: DAJ

Judge Name: DARRAH       Designated Magistrate Judge: MASON

---

### FEE INFORMATION

*Amount Due:*  ☑ $350.00   ☐ $39.00    ☐ $5.00
             ☐ IFP       ☐ No Fee    ☐ Other _____
             ☐ $455.00

Number of Service Copies _____       Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00                Receipt #: 4624005875

Date Payment Rec'd: 07/16/08           Fiscal Clerk: DAJ

---

### ISSUANCES

☑ Summons                           ☐ Alias Summons

☐ Third Party Summons               ☐ Lis Pendens

☐ Non Wage Garnishment Summons      ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons

                                    (Victim, Against and $ Amount)

☐ Citation to Discover Assets

☐ Writ _____
       (Type of Writ)

_1_ Original and _1_ copies on _07/16/08_ as to _DEF._
                                (Date)

---

C:\wpwin80\docket\feeinfo.frm    03/14/05