# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                        Case Number:    08 C 4024

DANIEL F. FITZMAURICE

v.

MIDWEST GENERATION EME, LLC

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

    MIDWEST GENERATION EME, LLC

| | |
|---|---|
| NAME (Type or print) <br> Lisa A. McGarrity | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br>     s/Lisa A. McGarrity | |
| FIRM    FRANCZEK SULLIVAN, P.C. | |
| STREET ADDRESS  300 SOUTH WACKER DRIVE, SUITE 3400 | |
| CITY/STATE/ZIP  CHICAGO, ILLINOIS 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 061983304 | TELEPHONE NUMBER  312-986-0300 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")   Y | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")   N | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")   Y | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")   Y | |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. <br> RETAINED COUNSEL                         APPOINTED COUNSEL | |