IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DANIEL F. FITZMAURICE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 C 4024 |
| | ) | |
| v. | ) | Judge John W. Darrah |
| | ) | |
| MIDWEST GENERATION EME, LLC, | ) | Magistrate Judge Mason |
| | ) | |
| Defendant. | ) | |

**ANSWER TO COMPLAINT**

Defendant, MIDWEST GENERATION, LLC,[1] by its attorneys, FRANCZEK SULLIVAN P.C., hereby answers the allegations of the Complaint as follows:

1. This is an action for employment discrimination.

**ANSWER:**

Defendant admits that this is an action for employment discrimination, but denies that any discrimination occurred.

2. The plaintiff is Daniel F. Fitzmaurice of the county of Cook in the state of Illinois.

**ANSWER:**

Upon information and belief, Defendant admits the allegations contained in Paragraph 2 of the Complaint.

---

[1] Defendant is incorrectly named in the complaint. Midwest Generation, LLC is the proper defendant.

383064.1

3. The defendant is Midwest Generation EME, LLC, who resides at 440 S. LaSalle St. – Suite 3500, Chicago, Illinois, 60605-1028, (312) 583-6000.

**ANSWER:**

Defendant admits the allegations contained in Paragraph 3 of the Complaint, except that it denies that Midwest Generation EME, LLC is the proper defendant. The proper defendant is Midwest Generation, LLC.

4. The Plaintiff sought employment or was employed by the defendant at Fisk Generating Station-Power Plant in the City of Chicago, County of Cook, State of Illinois, 60608.

**ANSWER:**

Defendant admits the allegations contained in Paragraph 4 of the Complaint.

5. The Plaintiff was employed but is no longer employed by the defendant.

**ANSWER:**

Defendant admits the allegations contained in Paragraph 5 of the Complaint.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, May 3, 2006.

**ANSWER:**

Defendant denies the allegations contained in Paragraph 6 of the Complaint.

7. (a) The Plaintiff has filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

    i. the United States Equal Employment Opportunity Commission on or about May 9, 2006.

    ii. the Illinois Department of Human Rights on or about May 9, 2006.

(b) If charges were filed with an agency indicated above, a copy of the charge is attached.

**ANSWER:** Defendant admits the allegations contained in Paragraph 7 of the Complaint.

383064.1

8. The United States Equal Employment Opportunity Commission has issued a Notice of Right to Sue, which was received by the plaintiff on April 19, 2008, a copy of which Notice is attached to this Complaint.

**ANSWER:**

Defendant admits that the EEOC issued a notice of right to sue on or about April 17, 2008. Defendant is without sufficient knowledge or information to admit or deny that Plaintiff received the notice on April 19, 2008.

9. The defendant discriminated against the plaintiff because of the plaintiff's age (Age Discrimination [in] Employment Act) and disability (Americans with Disabilities Act).

**ANSWER:**

Defendant denies the allegations contained in Paragraph 9 of the Complaint.

10. The Plaintiff is not suing the defendant, a state or local government agency, for discrimination on the basis of race, color or national origin (42 U.S.C. § 1983).

**ANSWER:**

Defendant admits the allegations contained in Paragraph 10 of the Complaint, except that it denies that it is a state or local government agency.

11. Jurisdiction over the statutory violation alleged is conferred as follows: over Title VII claims by 28 U.S.C. § 1331m 28 U.S.C. § 1343(a)(3), and U.S.C. § 2000e-5(f)(3); over U.S.C. § 1981 AND § 1983 by 42 U.S.C. § 1988; over the A.D.E.A. by U.S.C. § 12117.

**ANSWER:**

Defendant admits that this court has federal question jurisdiction over Plaintiff's claims.

12. The Defendant terminated the Plaintiff's employment; failed to reasonably accommodate the Plaintiff's disabilities; and age discrimination.

**ANSWER:**

Defendant admits that it terminated Plaintiff's employment, but denies the remaining allegations contained in Paragraph 12 of the Complaint.

383064.1

13. The facts supporting the Plaintiff's claim of discrimination are as follows: EEOC findings and investigations and right to sue.

**ANSWER:**

Defendant denies the allegations contained in Paragraph 13 of the Complaint, and further denies that there are any facts supporting Plaintiff's claim of discrimination.

14. [AGE DISCRIMINATION ONLY] Defendant knowingly, intentionally, and willfully discriminated against the Plaintiff.

**ANSWER:**

Defendant denies the allegations contained in Paragraph 14 of the Complaint.

15. The Plaintiff demands that the case be tried by a jury.

**ANSWER:**

Defendant admits that Plaintiff demands trial by jury.

WHEREFORE, Defendant respectfully requests that the Complaint be dismissed in its entirety, with prejudice; that Plaintiff be denied the relief he is seeking; and that its costs and fees incurred in defending this matter be awarded to it.

Respectfully submitted,

MIDWEST GENERATION, LLC

By: _s/Lisa A. McGarrity_____
           One Of Its Attorneys

Lisa A. McGarrity - 061983304
FRANCZEK SULLIVAN P.C.
300 South Wacker Drive
Suite 3400
Chicago, Illinois  60606-6789
(312) 986-0300
Dated:  August 18, 2008

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that she caused a copy of the foregoing ANSWER TO COMPLAINT, to be served upon the following person, via U.S. Mail, postage prepaid, on this 18th day of August, 2008:

> Daniel F. Fitzmaurice
> 5904 N. Manton
> Chicago, Illinois  60646

> /s/ Lisa A. McGarrity
> Lisa A. McGarrity