v. 05/00) Summons in a Civil Action



# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

DANIEL F. FITZMAURICE

v.

MIDWEST GENERATION EME -LLC

CASE: **08CV4024**
ASSIGNED JUDGE: **JUDGE DARRAH**
DESIGNATED MAG. JUDGE: **MAG. JUDGE MASON**

TO: (Name and address of Defendant)

MidWest Generation EME LLC
440 S. LaSalle St.
Suite 3500
Chicago, Illinois
60605-1028

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DANIEL F. FITZMAURICE
5904 N. MANTON
CHICAGO, IL. 60646

an answer to the complaint which is herewith served upon you, within ___20 DAYS___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

JUL 1 6 2008

DATE

(Guide to Civil Cases for Litigants Without Lawyers: Page 32)

*My copy for you to fill out*

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE August 4, 2008 at 1:20 p.m. |
| NAME OF SERVER (PRINT) Arnold Coleman | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served defendant, Midwest Generation LLC at: 440 S. LaSalle Street, Suite 3500, Chicago, Illinois, 60605-1028 thru through agent, Ms. Maria Richmond, Paralegal, Female, White, 38 yrs. old.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $50.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8-13-08
Date

Signature of Server: *Arnold Coleman*

17955 Los Angeles Ave., Homewood, IL. 60430
Address of Server

FILED
AUG 20 2008 AEE
Aug 20, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.