IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DANIEL F. FITZMAURICE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.  08 C 4024 |
| | ) | |
| vs. | ) | Judge John W. Darrah |
| | ) | Magistrate Judge Mason |
| MIDWEST GENERATION EME, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S DISCLOSURE STATEMENT REGARDING AFFILIATIONS**

Defendant Midwest Generation, LLC ("Midwest"), incorrectly named in the complaint as Midwest Generation EME, LLC, by its attorneys, Franczek Sullivan P.C., for its Disclosure Statement pursuant to Fed. R. of Civ. P. 7.1 and Local Rule 3.2, states as follows:

Midwest Generation, LLC is a Delaware limited liability company.  It is a wholly-owned subsidiary of Edison Mission Midwest Holdings Co., a California corporation, which, in turn, is a subsidiary of Midwest Generation EME, LLC, a Delaware LLC, which, in turn, is a wholly-owned subsidiary of Edison Mission Energy, a Delaware corporation, which, in turn, is a wholly-owned subsidiary of Mission Energy Holding Company, a Delaware corporation, which, in turn, is a wholly-owned subsidiary of

383987v.1

Edison Mission Group Inc., a Delaware corporation, which, in turn, is a wholly-owned subsidiary of Edison International, a California corporation.

        Respectfully Submitted,

        MIDWEST GENERATION, LLC,

        s/Lisa A. McGarrity

        Lisa A. McGarrity - 06198304
        FRANCZEK SULLIVAN P.C.
        300 Wacker Drive, Suite 3400
        Chicago, Illinois 60606
        (312) 986-0300
        (312) 986-9192 *fax*
        lam@franczek.com

Dated:  August 22, 2008

383987v.1

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that she filed the foregoing **DEFENDANT'S DISCLOSURE STATEMENT REGARDING AFFILIATIONS** with the Clerk of the Court using the CM/ECF system, and that she sent a copy to the following via U.S. mail, postage prepaid, on this 22nd day of August, 2008.

> Daniel F. Fitzmaurice
> 5904 North Manton
> Chicago, Illinois 60646

> s/Lisa A. McGarrity - 06198304

383987v.1